UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
FEB 02 2022
TAMMY H. DOWNS, CLERK
By: _____ Tammy C. DEP CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:22CR 00026 DPM |
| | ) | |
| v. | ) | |
| | ) | 18 U.S.C. § 922(a)(1)(A) |
| CLINTON BRYANT | ) | 18 U.S.C. § 924(a)(1)(D) |
| GARY PATTERSON | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

On or about February 1, 2020, in the Eastern District of Arkansas, the defendants,

CLINTON BRYANT and
GARY PATTERSON,

not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms, in violation of Title 18, United States Code, Section 922(a)(1)(A).

### COUNT 2

On or about February 8, 2020, in the Eastern District of Arkansas, the defendants,

CLINTON BRYANT and
GARY PATTERSON,

not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms, in violation of Title 18, United States Code, Section 922(a)(1)(A).

## **FORFEITURE ALLEGATION**

Upon conviction of the offense alleged in Count One or Two of this Indictment, the defendants, CLINTON BRYANT and GARY PATTERSON, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including, but not limited to, the following specific property:

1. an Aero Precision, model X15, .223/.556 caliber rifle, bearing serial number AR80662;

2. an Aero Precision, model X15, .223/.556 caliber rifle, bearing serial number AR80667; and

3. a Ruger, model 9E, 9mm pistol, bearing serial number 337-68021.

[END OF TEXT.  SIGNATURE PAGE ATTACHED.]