IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.   4:22CR00026-01 DPM |
| | ) | |
| CLINTON BRYANT | ) | |

## MOTION TO DISMISS

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States of America, by and through Jonathan D. Ross, United States Attorney for the Eastern District of Arkansas, and Lauren Eldridge, Assistant U.S. Attorney, requests that, in the interest of justice, the Indictment against this defendant, CLINTON BRYANT be dismissed without prejudice.

Respectfully submitted,

JONATHAN D. ROSS
United States Attorney,

Lauren Eldridge
AR Bar Number 2014230
Assistant U. S. Attorney
P.O. Box 1229
Little Rock, AR 72203
Telephone:   (501) 340-2600
Lauren.Eldridge@usdoj.gov